IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

RALPH NOWLIN § 
VS. § CIVIL ACTION NO. 1:08cv333
NATHANIEL QUARTERMAN §

MEMORANDUM OPINION

Ralph Nowlin, proceeding *pro se*, filed this civil rights lawsuit against Nathaniel Quarterman, Allen Hightower and Edmund Benoit. Plaintiff complains that he has not received proper medical treatment for a hernia.

Plaintiff has another action pending before the court raising the same claim against the same defendants. *See Nowlin v. Quarterman*, No. 1:08cv333. As a result, this lawsuit will be dismissed without prejudice as repetitious. An appropriate final judgment shall be entered.

**SIGNED** this the **25** day of **June, 2008.**

_____
Thad Heartfield
United States District Judge